DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HOLMES

No. 169P85.

Case below: 66 N.C. App. 378.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985.

STATE v. HUNTER

No. 10A85.

Case below: 71 N.C. App. 602.

Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals allowed 7 May 1985.

STATE v. JONES

No. 147P85.

Case below: 72 N.C. App. 610.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. McLEAN

No. 270A85.

Case below: 74 N.C. App. 224.

Petition by Attorney General for writ of supersedeas allowed 16 May 1985.

STATE v. MERCADO

No. 121PA85.

Case below: 72 N.C. App. 521.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 7 May 1985.